FILED by **SA** D.C.
ELECTRONIC

Apr 5, 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**12-80067-CR-SCOLA/VITUNAC**
CASE NO. _____

21 U.S.C. § 352(a)
21 U.S.C. § 331(a)
21 U.S.C. § 333(a)(1)
21 U.S.C. § 333(a)(2)
18 U.S.C. § 2

UNITED STATES OF AMERICA

vs.

JOHN DOS SANTOS,
MILLION DOLLAR MINDS, INC.,
DYNAMIC BIOTECH,
LIGHTYEAR CONSULTING,
MOHOTCO, and
PRIMETIME CONSULTING,

      **Defendants.**
_____/

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about December 21, 2009, in Palm Beach County, in the Southern District of Florida and elsewhere, the defendant,

### JOHN DOS SANTOS,

caused the introduction of misbranded drugs into interstate commerce, specifically, this defendant caused the shipment of Albuterol, Melanotan-I, Melanotan-II, and "Sildenafil Citrate," which were drugs and prescription drugs within the meaning of Title 21, United States Code, Sections 321(g) and 353(b), and which lacked adequate directions for use as required by Title 21, United States Code, Section 352(f)(1).

All in violation of Title 21, United States Code, Sections 352(f)(1), 331(a) and 333(a)(1) and Title 21, Code of Federal Regulations, Part 201.5, and Title 18, United States Code, Section 2.

## COUNT 2

From on or about January 2009, through at least on or about December 2009, in Palm Beach County, in the Southern District of Florida and elsewhere, the defendants,

**MILLION DOLLAR MINDS, INC.**
**DYNAMIC BIOTECH**
**LIGHTYEAR CONSULTING**
**MOHOTCO and**
**PRIMETIME CONSULTING**

with the intent to defraud and mislead, caused the introduction of misbranded drugs into interstate commerce, specifically, these defendants caused the shipment of drugs, including Albuterol, Melanotan-I, Melanotan-II, and "Sildenafil Citrate," which were drugs and prescription drugs within the meaning of Title 21, United States Code, Sections 321(g) and 353(b), and which lacked adequate directions for use as required by Title 21, United States Code, Section 352(f)(1).

All in violation of Title 21, United Staets Code, Sections 352(f)(1), 331(a) and 333(a)(2) and Title 21, Code of Federal Regulations, Part 201.5, and Title 18, United States Code, Section 2.

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
ROBERT H. WATERS, JR.
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|

vs.

JOHN DOS SANTOS,
Million Dollar Minds, Inc.,
Dynamic Biotec, Lightyear Consulting,
Mohotco, Primetime Consulting,

## CERTIFICATE OF TRIAL ATTORNEY*

Defendant.                              /

Superseding Case Information:

**Court Division**: (Select One)

\_\_\_\_ Miami   \_\_\_\_ Key West
\_\_\_\_ FTL    _X_ WPB   \_\_\_\_ FTP

New Defendant(s)           Yes \_\_\_\_   No \_\_\_\_
Number of New Defendants   \_\_\_\_
Total number of counts     \_\_\_\_

I do hereby certify that:

1. I have carefully considered the allegations of the information, the number of defendants, the number of probable witnesses and the legal complexities of the Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   _No_
   List language and/or dialect  \_\_\_\_

4. This case will take   _2_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | | | (Check only one) | |
   |---|---|---|---|---|---|
   | I | 0 to 5 days | _x_ | | Petty | |
   | II | 6 to 10 days | | | Minor | |
   | III | 11 to 20 days | | | Misdem. | |
   | IV | 21 to 60 days | | | Felony | _X_ |
   | V | 61 days and over | | | | |

6. Has this case been previously filed in this District Court? (Yes or No)  _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   _NO_
   If yes:
   Magistrate Case No.
   Related Miscellaneous numbers:   10-mj-08082 JMH-1
   Defendant(s) in federal custody as of  _____
   Defendant(s) in state custody as of    _____
   Rule 20 from the  _____   District of _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   \_\_\_\_ Yes   _No_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   \_\_\_\_ Yes   _No_ No

_____
ROBERT H. WATERS, JR.
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. 365483

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: JOHN DOS SANTOS

Personal Surety
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   ROBERT H. WATERS, JR.

Last Known Address: 4802 Sawgrass Breeze Drive

Palm Beach Gardens, FL 33418

What Facility: _____

Agent(s): S/A Eric Larson
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
U.S. Food and Drug Administration
Plantation, FL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: JOHN DOS SANTOS

**Case No**: _____

Count 1:

Introduction of misbranded drugs into interstate commerce

Title 21, United States Code, Sections 321(g) and 353(b)

**\*Max. Penalty:**   1 year Imprisonment; $100,000 fine;
                     1 year of Supervised Release

Count 2:

Intend to defraud and mislead drugs into interstate commerce

Title 21, United States Code, Sections 321(g) and 353(b)

**\*Max. Penalty:**   5 years probation; $200,000 fine;